NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Argued October 2, 2019
Decided October 16, 2019

**Before**

WILLIAM J. BAUER, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 18-3164

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee,* | Court for the Eastern District of Wisconsin. |
| | |
| *v.* | No. 2:18-CR-101-1-JPS |
| | |
| JOMO K. HILL, | **J. P. Stadtmueller**, |
| *Defendant-Appellant*. | *Judge.* |

**O R D E R**

Jomo K. Hill pleaded guilty to robbery and brandishing a firearm. Before his sentencing hearing, the district court circulated a list of proposed conditions of supervision. At the hearing, the district court pronounced his sentence and incorporated those conditions by reference. On appeal, Hill initially argued that the district court procedurally erred by incorporating the circulated list of conditions without adding it to the record. After his opening brief, however, the district court supplemented the record with that list, curing any procedural defect. This appeal is therefore moot. We decline the defendant's invitation to issue an advisory order to clarify the proper procedure for incorporating conditions.

DISMISSED